UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No.: 8:23-cr-00411-KKM-UAM

ABRAHAM OTHMAN YACOUB
_____/

**ORDER OF DETENTION PENDING TRIAL**

The Government moved to detain Defendant pending trial pursuant to 18 U.S.C. § 3142(f).  In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing was held on November 20, 2023.  This court concludes that the following facts require the detention of Defendant, Abraham Othman Yacoub, pending further order of the court.

Defendant is charged in an Indictment with entering an airport in violation of security requirements with intent to evade security procedures and restrictions and with intent to commit a felony (Count I) and attempting to board an aircraft that was intended for operation in air transportation while knowingly carrying a concealed dangerous weapon (Count II) in violation of 49 U.S.C. §§ 46314 and 46505.  The Government seeks detention on grounds that Defendant is a risk of flight and danger to the community.  Upon consideration, for the reasons stated on the record at the hearing, and based on the factors under 18 U.S.C. § 3142(g), to specifically include the nature and circumstances of the case, the weight of the evidence against Defendant, and the history and characteristics of Defendant, the court finds that

Defendant should be detained pending the final outcome of this case. Specifically, the evidence against Defendant in this case appears strong. The Government proffered that Defendant was observed on video surveillance with the firearm attempting to proceed through airport security. Possessing a firearm at the airport poses a serious risk of harm to the public. Defendant allegedly attempted to abandon the firearm at the airport in a restroom. Abandonment of a firearm at the airport is dangerous and poses a serious risk of harm to the public. Defendant's background and characteristics also weigh towards detention. Defendant's criminal record shows repeated incidents in which Defendant disregarded and violated the law. Defendant allegedly previously brought a firearm to the airport in Miami, Florida, stole and pawned vehicles, and repeatedly drove with a suspended license. Further, Defendant possesses a passport, has traveled to Qatar, Germany, and Bangladesh. Defendant also has a relative that resides in Palestine. Defendant was in the process of traveling to Abu Dhabi when he was arrested in this case. Upon arrest, Defendant tested positive for marijuana use, admitted to pretrial services that he has a gambling problem, and appears to lack reportable, gainful employment.

Although Defendant has strong ties to the Middle District of Florida and family support, the factors in the Bail Reform Act require Defendant's detention. The Government has met its burden of establishing by clear and convincing evidence that no conditions are available to reasonably ensure the safety of the community. *See United States v. King*, 849 F.2d 485, 488 (11th Cir. 1988). The Government has also met its burden of establishing by a preponderance of the evidence that no

conditions are available to ensure Defendant's future appearance at trial. *See King*, 849 F.2d at 489. Accordingly, it is hereby **ORDERED** that Defendant be **DETAINED**.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**ORDERED** in Tampa, Florida, on November 21, 2023.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service