AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Abraham Yacoub<br>a/k/a Ibrahim O. I. Ayyad<br><br>_Defendant_ | )<br>)  Case No. 8:23-cr-411-KKM-VBM<br>)<br>)<br>)<br>) |

**SEALED**

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Abraham Yacoub a/k/a Ibrahim O. I. Ayyad                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Entering an airport with intent to commit a felony, and attempting to board an aircraft knowingly carrying a concealed dangerous weapon, in violation of 49 U.S.C. §§ 46314(a) and 46505(b)(1).

**SEALED**

Date: NOV 15 2023

_Amanda Craig_
_Issuing officer's signature_

City and state:  Tampa, Florida                              ELIZABETH WARREN, Clerk, United States District Court
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 11/15/2023, and the person was arrested on _(date)_ 11/18/2023
at _(city and state)_  FOR FBI TAMPA, FL                                                                   .

Date: 11/20/2023
                                                                                    _Arresting officer's signature_

                                                                                    MICHAEL CONNELL
                                                                                    _Printed name and title_

NOV 29 2023 AM 9:18
FILED - USDC - FLMD - TPA

RCVD USMS M/FL TAMPA
2023 NOV 16 AM 9:09