UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:23-cr-411-KKM-NHA

ABRAHAM OTHMAN YACOUB
_____

PRELIMINARY ORDER OF FORFEITURE

The United States moves for a Preliminary Order of Forfeiture for the Glock 19, serial number BWEC453, and assorted ammunition, seized from the defendant on or about August 4, 2023. (Doc. 60.) Being fully advised of the relevant facts, the Court finds that the firearm and ammunition identified above were involved in the offense charged in Count Two of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at the time it is entered.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

ORDERED in Tampa, Florida, on June 10, 2024.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge